UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　Plaintiff | )<br>)<br>) | **JUDGE LLOYD D. GEORGE'S<br>ORDER REGARDING TRIAL** |
| VS. | )<br>) | |
| JERRY WAYNE RANDALL,<br>　Defendant<br>_____ | )<br>)<br>)<br>)<br>) | Case No: 2:11-CR-0073-LDG-GWF |

1. Attached hereto is a list of cases that are presently scheduled for trial before the **Honorable Lloyd D. George, United States District Judge**, at Las Vegas, Nevada, commencing on **Monday, April 25, 2011 at 8:30 a.m.** This is a TWO week trial stack.

2. Counsel for all parties in the civil and criminal cases shall appear in Courtroom **6B** on **Wednesday, April 20, 2011 at 8:30 a.m.** for Calendar Call. Unless a party in a civil case or a defendant in a criminal case is appearing pro se, the individual parties in civil cases and the defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3. Counsel or their clients will be excused from Calendar Call if prior to the scheduled calendar call settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been accepted in a criminal case.

4. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the clerk.

5. CHANGE OF PLEA HEARINGS. Change of plea hearings will be set on Tuesdays immediately following calendar call. It shall be the joint responsibility of counsel for the United States and for Defendant(s) to ensure that the original and two copies of the plea agreement, together with a copy of the indictment, are delivered to Judge George's chambers by 4:00 p.m. on Monday, the day before the change of plea hearing. It shall further be the

1

responsibility of counsel for the United States to ensure that any necessary produce orders are timely delivered to the United States Marshal to ensure the presence of all in-custody defendants for a change of plea, and to ensure proper notification for the attendance of any court interpreter which may be required for the particular case.

6. <u>STATUS HEARING</u>.  The Court may conduct a status conference prior to the scheduled Calendar Call.  If the Court is satisfied during the status conference that the case is ready for trial, the Court may vacate the Calendar Call.

7. <u>WITNESSES</u>.  Counsel shall immediately subpoena all witnesses for the time and trial date as listed above.  Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial.  Witnesses are not required to be present at the Calendar Call but must appear as subpoenaed.

8. <u>EXHIBITS</u>.  <u>At least three (3) court days</u> prior to the commencement of any trial, counsel shall supply Judge George's courtroom deputy clerk with the **original** and **three** copies of a complete exhibit list of all exhibits that are intended to be used during the trial.  At the same time, counsel shall serve upon opposing counsel a copy of the same.  **Plaintiff Numerals (1-500)** shall be used to identify the plaintiff's exhibits and **Defendant's Numerals** (501-1000) shall be used to identify the defendant's exhibits.  Exhibits that are on the same subject matter may be marked as a series: that is, Plaintiff's 1-A, 1-B, etc., and Defendant's 501-A, 501-B, etc.  The exhibits shall be listed on the form to be provided by the clerk and pursuant to the instructions as shall be supplied by the clerk.  Counsel may use computer-generated exhibit lists so long as they conform to the requirements of the form that is provided by the clerk.  <u>COUNSEL SHALL RETAIN POSSESSION OF THEIR OWN EXHIBITS UNTIL SUCH TIME AS THEY ARE IDENTIFIED AND OR ADMITTED INTO EVIDENCE BY STIPULATION OR IN OPEN COURT; AFTERWARD, THE EXHIBITS SHALL REMAIN IN THE CARE AND CUSTODY OF THE CLERK/COURT, UNLESS OTHERWISE ORDERED BY THE COURT.</u>

9. <u>MARKING EXHIBITS.</u>  During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits.  At least three (3) <u>court</u> days in advance of trial, counsel in civil cases shall make arrangements with Judge George's courtroom deputy clerk to appear for purposes of confirming the pre-making of all trial exhibits.

10. Counsel wishing to utilize the court's evidence display equipment must contact the courtroom deputy to determine its availability and to arrange for training.

11. <u>TRIAL JUDGE</u>.  Although the cases that are listed on the attached trial calendar are assigned to Judge George,

the cases may proceed to trial before another Nevada district judge or a visiting district judge.

12.  CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE.  Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States Magistrate Judge pursuant to Title 28, Section 636(c)(2) of the United States Code.  The right to proceed before a Magistrate Judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment in a proceeding before a Magistrate Judge shall be taken directly to the United States court of Appeals.  The option to proceed before a Magistrate Judge is available to the parties at the time an action is commenced.  The Court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceeding.

13.  SANCTIONS.  As provided for under the Local Rules of Practices of this court, the Court will consider the imposition of sanctions against any attorney who: (1) fails to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order, Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such filings; (2) fails to comply with the provision of this order including, but not limited to, the failure to appear for calendar call without first having been excused by the court or the clerk with the permission of the Court; or (3) fails to timely comply with any other order that schedule deadlines for trial preparation.

14.  CONTACT PERSON.  All questions and information regarding the trial calendar are to be directed to JUDY HARRIS, Deputy Clerk, at 702-464-5438.

15.  THE DATE of the Clerk's file mark shall constitute the date of this order.

   IT IS SO ORDERED.


                                                      /S/
                                              LLOYD D. GEORGE
                                              United States District Judge

CALENDAR CALL FOR **TRIALS TO COMMENCE ON MONDAY, APRIL 25, 2011 AT 8:30 A.M.** IN LAS VEGAS COURTROOM, 6B BEFORE THE HONORABLE JUDGE LLOYD D. GEORGE.. **CALENDAR CALL IS  WEDNESDAY,  APRIL 20,  2011 AT 8:30 A.M.** IN LAS VEGAS COURTROOM 6B BEFORE JUDGE LLOYD D. GEORGE.

===============================================================================

1.  2:10-CR-0035-LDG-LRL         UNITED STATES OF AMERICA
                                            VS.
                                  JOHN McVEIGH                                          (PR BOND)


1 Count Criminal Indictment - 18 USC §§ 922(g)(1) and 924(a)(2)

Jury trial (estimate     days)


Philip Smith, AUSA                                   Paul Riddle, AFPD
(702) 388-6336                                       (702) 388-6577

_____

2.  2:10-CR-0449-LDG-RJJ         UNITED STATES OF AMERICA
                                            VS.
                                  CESAR FERNANDEZ-VIRGIN
                                                                                         (CUSTODY)

 **SPANISH
   INTERPRETER**

1 Count Criminal Indictment -  8 USC § 1326

Jury trial (estimate    days)

An Nguyen, AUSA                                      Jonathan Sussman, AFPD
Robert Bork, AUSA                                    (702) 388-6577
(702) 388-6336

_____
3.  2:10-CR-0546-LDG-PAL         UNITED STATES OF AMERICA
                                            VS.
                                  RUBEN SOLIS                                            (CUSTODY)
                                  aka Miguel Bonifacio

3 Count Superseding Criminal Indictment - Ct. 1:  18 USC §§  922(g)(1) and 924(a)(2);
                                          Ct. 2: 18 USC §§ 922(g)(5)(A) and 924(a)(2);
                                          Ct. 3: 8 USC § 1326

Jury trial (estimate     days)


Phillip Smith, AUSA                                  Monique Kirtley, AFPD
(702) 388-6336                                       (702) 388-6577

CALENDAR CALL FOR **TRIALS TO COMMENCE ON <u>MONDAY, APRIL 25, 2011 AT 8:30 A.M.</u>** IN LAS VEGAS COURTROOM, 6B BEFORE THE HONORABLE JUDGE LLOYD D. GEORGE.. **CALENDAR CALL IS <u>WEDNESDAY, APRIL 20, 2011 AT 8:30 A.M.</u>** IN LAS VEGAS COURTROOM 6B BEFORE JUDGE LLOYD D. GEORGE.

---

4. 2:10-CR-0564-LDG-LRL	UNITED STATES OF AMERICA
	VS.
	MATTHEW JAMES STEWART	(CUSTODY)
	aka Matt James Stewart

2 Count Criminal Indictment - Count 1 and 2:  21 USC §§ 841(a)(1) and 841(b)(1)(C)

Jury trial (estimate	days)

Phillip Smith, AUSA	Rebecca Rosenstein, AFPD
(702) 388-6336	(702) 388-6577

5.  2:11-CR-0057-LDG-RJJ	UNITED STATES OF AMERICA
	VS.
	Bryan Binns Ct. 1-4	(CUSTODY)
	  aka Jose Silva-Ayala

	Josh Patton Ct. 1-4	(CUSTODY)

**SPANISH	Noe Contreras Ct. 1 and 4
   INTERPRETER**	  aka Primillo	(CUSTODY)

Jury trial (estimate	days)

4 Count Criminal Indictment - Counts 1 through 4:  21 USC § 846

Bradley Giles, AUSA	Counsel for Bryan Binns - Houman Fakimi
(702) 388-6336	(714) 542-2188
	Mace Yampolsky
	(702) 385-9777

	Counsel for Josh Patton - Henry Florence
	(602) 258-8451

	Counsel for Noe Contreras - Craig Drummond
	(702) 366-9966

CALENDAR CALL FOR **TRIALS TO COMMENCE ON <u>MONDAY, APRIL 25, 2011 AT 8:30 A.M.</u>** IN LAS VEGAS COURTROOM, 6B BEFORE THE HONORABLE JUDGE LLOYD D. GEORGE.. **CALENDAR CALL IS <u>WEDNSDAY, APRIL 20, 2011 AT 8:30 A.M.</u>** IN LAS VEGAS COURTROOM 6B BEFORE JUDGE LLOYD D. GEORGE.

6.  2:11-CR-0060-LDG-RJJ            UNITED STATES OF AMERICA
                                                  VS.
                                    CESAR GARCIA-SAN PEDRO                                 (CUSTODY)

\*\*SPANISH
  INTERPRETER\*\*

1 Count Criminal Indictment -  8 USC § 1326

Jury trial (estimate    days)

An Nguyen, AUSA                                              Raquel Lazo, AFPD
(702) 388-6336                                               (702) 388-6577

7.  2:11-CR-0073-LDG-GWF           UNITED STATES OF AMERICA
                                                 VS.
                                   JERRY WAYNE RANDALL                                     (CUSTODY)

2 Count Criminal Indictment - Ct. 1:  18 USC §§  922(g)(1) and 924(a)(2);
                              Ct. 2:  18 USC § 922(j)

Jury trial (estimate    days)

Christina Silva, AUSA                                        Shari Kaufman, AFPD
(702) 388-6336                                               (702) 388-6577