# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY WAYNE  RANDALL.

    Defendant.

2:11-CR-00073-LDG-GWF

**ORDER**

    IT IS HEREBY ORDERED that a transcript of the Change of Plea hearing in the above matter held on December 21, 2011 (Docket Number 53), be provided to the Court.

    DATED this _____ day of February, 2012.

_____
Lloyd D. George
United States District Judge